UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-6825-GW-ASx | Date | March 11, 2026 |
|---|---|---|---|
| Title | *Future Roots, Inc. v. YEAR0001 AB, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

The Court has received the parties' Notice of Settlement of Case (ECF No. 99) wherein they indicate that: (1) a settlement has been reached in principle, (2) the timeframe for the execution of final documents is uncertain, and (3) "the parties wish to continue resolving these issues without incurring unnecessary expenses for the court or themselves, while preserving their right to reopen the case if the settlement fails." In light thereof, unless any party raises an objection in writing on or before March 18, 2026, the Court will on March 19, 2026, administratively close this matter with the Court retaining jurisdiction to reopen the case upon the request of any party.

Initials of Preparer    JG